IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRENDA SUE TURNAGE                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 1:20-CV-109-SA-RP

LOWE'S HOME CENTERS, LLC                                        DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion

Aycock on May 27, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this

cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this

cause to another United States District Judge in the Northern District of Mississippi.

This, the 29th day of May, 2020.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE